IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO.  3:19-mc-3859-ECM |
| ) | |
| U-SAVE CAR AND TRUCK RENTAL, ) | |
| ) | |
| Garnishee ) | |
| ) | |
| MARTIN STOKES, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Upon consideration of the motion to dismiss (doc. 4) filed on March 7, 2019, and for good cause, it is

ORDERED that the motion to dismiss (doc. 4) be and is hereby GRANTED and the Writ of Garnishment be and is hereby DISMISSED.

The Clerk of the Court is DIRECTED to close this matter.

DONE this 8th day of March, 2019.

　　　　　　　　　　　　　　　　　　／s/ Emily C. Marks　　　　　　
　　　　　　　　　　　　　　　　EMILY C. MARKS
　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE